LIEBEL & MERLE SALES, INC., Respondent, v POLYMER CONVERSIONS, INC., Appellant.

Submitted November 8, 2010; decided December 21, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

ELIZABETH MILLER NABORS, Respondent, v TOWN OF SOMERS, Appellant, et al., Defendant.

Submitted November 8, 2010; decided December 21, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL CRUZ, Appellant.

Decided December 21, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no civil appeal lies from the order of Supreme Court entered in this criminal proceeding (*see* NY Const, art VI, § 3 [b]; CPLR 5601; CPL 450.90).